UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BUCK MC DANIEL,<br>       Plaintiff<br><br>       vs<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>       Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NEW CASE NO. 1:05-cv-01458-SMS**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.  1:05-cv-01458-REC-SMS |

    IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge SANDRA M. SNYDER as Presiding Judge of the above entitled action.  Plaintiffs filed their consent on January 6, 2006 and Defendants filed their consent on March 28, 2006 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

DATED: April 3, 2006

                                       /s/ ROBERT E. COYLE

                                       United States District Judge Robert E. Coyle

ALL FUTURE PLEADINGS SHALL BE NUMBERED AS

FOLLOWS:

1:05-cv-01458-SMS