1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone No. (559) 497-4036

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9  BUCK McDANIEL,                    )   1:05-cv-01458 SMS
                                     )
10            Plaintiff,              )   STIPULATION AND ORDER
                                     )   TO EXTEND TIME
11       v.                           )
                                     )
12 JO ANNE B. BARNHART,               )
   Commissioner of Social            )
13 Security,                          )
                                     )
14            Defendant.              )
   _____)
15
        The parties, through their respective counsel, stipulate
16
   that defendant's time to respond to plaintiff's confidential
17
   letter brief be extended from June 2, 2006 to July 5, 2006.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25
                                    1

This is defendant's first request for an extension of time to respond to plaintiff's confidential letter brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                  Respectfully submitted,

Dated: June 1, 2006        /s/ Sharon E. Kelly
                                  (As authorized via facsimile)
                                  SHARON E. KELLY
                                  Attorney for Plaintiff


Dated: June 5, 2006        McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Kristi C. Kapetan
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney


IT IS SO ORDERED:


Dated: 6/6/2006            /s/ Sandra M. Snyder
                                THE HONORABLE SANDRA M. SNYDER
                                United States Magistrate Judge