```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone No. (559) 497-4036
 5
 6
                IN THE UNITED STATES DISTRICT COURT FOR THE
 7
                       EASTERN DISTRICT OF CALIFORNIA
 8
 9
    BUCK McDANIEL,                   )   1:05-cv-01458 SMS
10                                   )
               Plaintiff,            )   STIPULATION AND ORDER
11                                   )   TO EXTEND TIME
                                     )
12             v.                    )
                                     )
13  JO ANNE B. BARNHART,             )
    Commissioner of Social           )
14  Security,                        )
                                     )
15             Defendant.            )
    _____ )
16
17       The parties, through their respective counsel, stipulate

18  that defendant's time to respond to plaintiff's confidential

19  letter brief be extended from July 5, 2006 to August 24, 2006.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28
                                     1
```

1  This is defendant's second request for an extension of time
2 to respond to plaintiff's confidential letter brief.  Defendant
3 needs the additional time to allow for further review by a higher
4 authority and additional time to prepare a response in this
5 matter.

                              Respectfully submitted,


Dated: June 30, 2006          /s/ Sharon E. Kelly
                              (As authorized via facsimile)
                              SHARON E. KELLY
                              Attorney for Plaintiff



Dated: June 30, 2006          McGREGOR W. SCOTT
                              United States Attorney



                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney



IT IS SO ORDERED:


Dated: 6/30/2006

                               /s/ Sandra M. Snyder

                              THE HONORABLE SANDRA M. SNYDER
                              United States Magistrate Judge