```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9
10  BUCK McDANIEL,                )    1:05-cv-01458 SMS
                                  )
11             Plaintiff,         )
                                  )    STIPULATION AND ORDER
12        v.                      )    FOR REMAND PURSUANT TO
                                  )    SENTENCE FOUR OF 42 U.S.C.
13  JO ANNE B. BARNHART,          )    § 405(g), and
    Commissioner of Social        )
14  Security,                     )    REQUEST FOR ENTRY OF JUDGMENT
                                  )    IN FAVOR OF PLAINTIFF AND
15             Defendant.         )    AGAINST DEFENDANT
    _____)
16
```

17       IT IS HEREBY STIPULATED, by and between the parties,

18  through their respective counsel of record, that this action be

19  remanded to the Commissioner of Social Security for further

20  administrative action pursuant to section 205(g) of the Social

21  Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

22       The purpose of the remand is to offer plaintiff a new

23  hearing and decision.  On remand, the Appeals Counsel will

24  instruct the Administrative Law Judge ("ALJ") to take the

25  following action:

26       1.  Obtain updated evidence from the treating source;

27       2.  Obtain a consultative mental status examination

28  including psychological testing if necessary; and,

3. Obtain medical expert evidence as to whether the Plaintiff's history of drug and alcohol use is material.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: July 13, 2006  /s/ Sharon E. Kelly
(As authorized via facsimile)
SHARON E. KELLY
Attorney for Plaintiff

Dated: July 13, 2006  McGREGOR W. SCOTT
United States Attorney

/s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   July 17, 2006**          /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE